EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br>Asociación de Periodistas de Puerto Rico (ASPRO), El Taller de Fotoperiodismo, Inc., la Asociación de Fotoperiodistas de Puerto Rico y El Overseas Press Club<br><br>    Peticionarios | 2014 TSPR 40<br><br>190 DPR ____ |

Número del Caso: MC-2014-61

Fecha: 18 de marzo de 2014

Abogado de los Peticionarios:

    Lcdo. Carlos E. Díaz Olivo

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Asociación de Periodistas
de Puerto Rico(ASPRO), El Taller
de Fotoperiodismo, Inc., La
Asociación de Fotoperiodistas
de Puerto Rico y el Overseas        MC-2014-0061
Press Club

    Peticionarios

RESOLUCIÓN

San Juan, Puerto Rico, a 18 de marzo de 2014.

El 13 de marzo de 2014, la Asociación de Periodistas de Puerto Rico, el Taller de Fotoperiodismo, Inc., la Asociación de Fotoperiodistas de Puerto Rico y el Overseas Press Club (Asociación de Fotoperiodistas y otros) comparecieron ante nos mediante *Petición especial de autorización para el uso de cámaras fotográficas y equipo audiovisual en proceso judicial al amparo de la Ley de la Judicatura del Estado Libre Asociado de Puerto Rico y del poder inherente y constitucional de la Rama Judicial para regular sus procedimientos.* Solicitaron que autoricemos la grabación y transmisión por cámaras fotográficas y equipo audiovisual de la vista oral, pautada para el 26 de marzo de 2014, sobre la reforma al Sistema de Retiro de los Maestros, CT-2014-2 cons. CT-2014-3.

Su petición fundamentada señala que, luego de la enmienda al Canon 15 de Ética Judicial, 4 LPRA AP. IV-B, la Rama Judicial ha tomado medidas afirmativas para viabilizar el acceso de los ciudadanos a los desarrollos de los procesos judiciales mediante una cobertura más amplia de los mismos. Reseñan los casos en los que este Tribunal ha permitido el uso de los referidos

sistemas. A su vez, destacan que recientemente permitimos la transmisión de la vista en la que atendimos la constitucionalidad de la reforma al Sistema de Retiro de la Judicatura, CT-2013-021. Arguyen que al igual que aquél, la controversia relacionada al sistema de retiro de los maestros es una de gran trascendencia e interés público. A su vez, aluden a que permitir la transmisión de los procesos no afecta ni vicia la vista argumentativa ante esta Curia. De igual forma, nos señalan que en el pasado han logrado coordinar con éxito en conjunto con la Oficina de Administración de los Tribunales la logística necesaria para garantizar la integridad de los procesos y cualquier directriz especial que tuviéramos a bien disponer. Por ello, nos solicitan que permitamos la grabación y transmisión de la vista oral señalada para el caso de referencia.

Examinada la petición, los procesos acontecidos con otras reformas del sistema de retiro y el alto interés público que revisten los procedimientos relacionados al caso del sistema de retiro de los maestros, la declaramos con lugar.

La transmisión en vivo de la vista se hará a través de un sistema portátil que la Oficina de Prensa y Relaciones con la Comunidad de la Oficina de Administración de los Tribunales (Oficina de Prensa) adquirió recientemente para este tipo de transmisión. El mismo permite la instalación de cámaras de video en las salas de los tribunales y la transmisión remota de las imágenes captadas por éstas a los distintos medios de comunicación. El Director de la Oficina de Prensa, el Sr. Daniel Rodríguez León, estará encargado de coordinar todo lo relacionado con la transmisión en vivo de la vista del 26 de marzo de 2014, mediante este sistema remoto. Todos los interesados deberán coordinar con el señor Rodríguez León para obtener acceso remoto a la transmisión en vivo de la vista.

Por otra parte, para asegurar la solemnidad y el decoro del proceso judicial, se permitirá únicamente la entrada de dos cámaras de fotografía a ser operadas por un representante de un medio de prensa escrita o digital (internet). El Director de la Oficina de Prensa seleccionará, mediante sorteo, a los medios que podrán tomar fotografías dentro de la sala. Para regular la transmisión y cobertura de la vista oral, hacemos extensivo, de forma excepcional, el Reglamento del Programa Experimental para el Uso de Cámaras Fotográficas y de Equipo Audiovisual de Difusión para los Medios de Comunicación en los Procesos Judiciales (Reglamento). Los gremios periodísticos deberán regirse por las disposiciones pertinentes al Reglamento, siempre y cuando no sean contrarias o incompatibles con lo aquí dispuesto.

No se permitirá grabar imágenes o tomar fotografías mediante el uso de equipo electrónico adicional. Por otro lado, se permitirá, sujeto a las restricciones impuestas en el Canon 15, *supra*, y en el Reglamento:

1. El uso de grabadoras de audio portátiles, sujeto a que su operación sea discreta y silenciosa.

2. El uso de computadoras portátiles, teléfonos celulares, tabletas, entre otros dispositivos electrónicos o equipo similar **para recopilar y transmitir información escrita** a través del internet, siempre que no interfiera con el proceso judicial, su operación sea silenciosa y discreto y **no se utilicen para fotografiar, grabar imágenes o radio ni para radiodifundir ni televisar.**

Cualquier medio de comunicación que viole alguna de las directrices contenidas en el Reglamento o en esta Resolución, no será considerado para futuras ocasiones en que se permita la cobertura mediática de un proceso judicial al amparo del Canon 15 de Ética Judicial, *supra.*

Recordamos a los medios de comunicación que, por la solemnidad del proceso judicial, deben ceñirse estrictamente a las disposiciones aplicables del Reglamento y a lo aquí dispuesto.

Publíquese y notifíquese por teléfono, electrónicamente, facsímil y por la vía ordinaria.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino. El Juez Asociado señor Feliberti Cintrón está inhibido.


                              Aida I. Oquendo Graulau
                           Secretaria del Tribunal Supremo